UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Sea-Land Services, Inc.   CIVIL NO. 98-2246 (DRD)

v.

Defendant(s) Department of Education of the Commonwealth of Puerto Rico

| MOTION | ORDER |
|---|---|
| Docket entry no. 8 | ☐ GRANTED. |
| Date: October 16, 1999 | ☒ DENIED. WITHOUT PREJUDICE |
| Title: Motion to Dismiss for Noncompliance with this Honorable Court's Order dated September 2, 1999 and Rule 12(e) of the Federal Rules of Civil Procedure. | ☐ MOOT. |
|  | ☐ NOTED. |
| Denied. However, Plaintiff is hereby ORDERED to amend its complaint as previously ordered. Failure to comply with this order by December 1, 1999 shall be met with sanctions from the Court, which may include dismissal. IT IS SO ORDERED. | |

Date: 11/08/99 .

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

