UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Sea-Land Services, Inc.        CIVIL NO. 98-2246 (DRD)

v.

Defendant(s) Department of Education of the Commonwealth of Puerto Rico

| MOTION | ORDER |
|---|---|
| Docket entry no. 9 | ☐ GRANTED. |
| Date: October 18, 1999 | ☐ DENIED. |
| Title: Motion To Withdraw. | ☐ MOOT. |
|  | ☐ NOTED. |
| Alexander Zeno is allowed to withdraw his representation of Plaintiff. A new attorney of record is ORDERED to make an appearance by December 17, 1999. IT IS SO ORDERED. | |

RECEIVED AND FILED
99 NOV 10 AM 9:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 11/09/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE