UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

v.  CASE NUMBER: 98-2246 (DRD)

DEPARTMENT OF EDUCATION OF THE COMMONWEALTH
OF PUERTO RICO, through its Secretary, VICTOR FAJARDO.

## ORDER

On December 10, 1999, the Defendant filed a Motion To Dismiss And Memorandum In Support (Docket No. 16), requesting the dismissal of this action due to prescription. Plaintiff has not filed a response and an opposition is overdue. See Local Rule 311.5 ("If the respondent opposes a motion, he or she shall file a response within ten (10) days after service of the motion ..."). Therefore, the Plaintiff is hereby **ORDERED TO SHOW CAUSE by January 24, 2000 at 5:00 p.m.** why this case should not be dismissed because of: 1) the statute of limitations bars this suit; **and/or** 2) lack of prosecution. Failure to comply with this Order will signal to the Court that Plaintiff agrees that the instant case should be dismissed due to the running of the statute of limitations and that the Plaintiff no longer wishes to prosecute this case. Given the amount of time since the Defendant filed its motion, this deadline shall strictly enforced and NO extensions shall be granted.
IT IS SO ORDERED.

Date: January 10, 2000   DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\98-2246 OSC   U.S. District Judge

Rec'd:   EOD:

By:   #17