IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sea Land Services, Inc.

Plaintiff(X),

v.

Department of Education of Puerto Rico

Defendant(s).

CIVIL NO. 98-2246 (DRD)

RECEIVED & FILED
00 JAN 12 PM 2 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

**DESCRIPTION OF MOTION**

DATE FILED: ___/___/_____   TITLE:

DOCKET No.:_____

[ ] Plffs.          [ ] Defts.

**ORDER**

Docket No. 11 – Motion Requesting Leave to Reply Pursuant to Local Rule 311.7 – MOOT. The Court has already adjudicated the underlying motion to dismiss. See Docket No. 13

Docket No. 12 – Motion for Withdrawal of Legal Representation – Carlos Santiago is relieved of representation. Enrique Peral of Muñoz Boneta González Arbona Benitez & Peral will remain as lead counsel for Plaintiff. GRANTED.

Docket No. 15 – Motion Submitting Amended Complaint – GRANTED. The Amended Complaint was filed pursuant to the Court's Order. See Docket No. 13

JAN. / 10 /2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE