UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                           DATE: January 24, 2000

**CIVIL NO. 98-2246 (DRD)**
LAW CLERK: Nathan J. Schulte

======================================================================

| | |
|---|---|
| SEA-LAND SERVICES, INC.<br>    Plaintiff<br>v.<br>DEPARTMENT OF EDUCATION OF<br>PUERTO RICO<br>    Defendant | Attorneys: Maritera **FIQUEROA-COLON**<br><br>Francisco A. **OJEDA DIEZ** |

======================================================================

    A STATUS CONFERENCE was held and counsel provided the Court with the status of this case. The parties are attempting to reach settlement in this case. The Court wholeheartedly encourages the parties to come to an amiable resolution.

    Pending before the Court is Defendant's motion to dismiss asserting a Statute of Limitations bar to this suit. (Docket No. 16). Plaintiff handed a courtesy copy of its opposition. However, the parties also informed the Court that the same Statute of Limitations issue as posed by the pending motion to dismiss is currently before the First Circuit Court of Appeals (Crowley v. Pan American Grain). Therefore, the Court **STAYS** the current proceedings pending the resolution by the First Circuit of the SOL issue. Notwithstanding, the Court believes the that cases of Del Costello v. International Brotherhood of Teamsters, 462 U.S. 151, 103 S.Ct. 2281 (1983) and UAW v. Hoosier Cardinal Corp., 383 U.S. 696, 86 S.Ct. 1107 (1966), bear heavily on the issue.

    The parties are to inform the Court immediately upon information that the First Circuit has resolved the Crowley v. Pan American Grain appeal.

LAW CLERK

s/c: Counsel of record

P:\MINUTES\98-2246 MEM