IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.

**Plaintiff(s)**

v.    CIVIL NO.  98-2246 (JAG)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF PUERTO
RICO, INC.

**Defendant(s)**

## ORDER

In their Joint Motion Submitting Response to Questionnaire #15, page 5, the parties stipulate that the case can be tried before a Magistrate-Judge.

This case is assigned to Magistrate-Judge Justo Arenas for execution by counsel of the appropriate trial consent form.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of September, 2001.

JAY A. GARCIA-GREGORY
United States District Judge