IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: October 15, 2001 |
| | CIVIL 98-2246(JAG)(JA) |

SEA LAND SERVICES, INC.

v.

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF PUERTO
RICO, INC.

A settlement conference is set for November 5, 2001 at 9: 30 a.m. Minutes to be notified.







