IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

Plaintiff

v.                                                              CIVIL 98-2246 (JAG)(JA)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF
PUERTO RICO, THROUGH ITS
SECRETARY, VÍCTOR FAJARDO,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion Regarding Scheduling Conflict, 10-22-01. | 31 | Granted. The settlement conference is reset for November 30, 2001 at 10:00 a.m. |

In San Juan, Puerto Rico, this 29th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge