IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

Plaintiff

v.                                                                    CIVIL 98-2246 (JAG) (JA)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF
PUERTO RICO, THROUGH ITS
SECRETARY, VÍCTOR FAJARDO,

Defendant

## CASE MANAGEMENT/SETTLEMENT REPORT

At the conference held on November 30, 2001, plaintiff was represented by María T. Figueroa, Esq., defendant by Francisco A. Ojeda Diez, Esq.

The parties consent to the exercise of jurisdiction by a magistrate judge under 28 U.S.C. § 636(c). Should the court order the reference, the trial will be set for March 18, 2002 at 9:30 a.m. The pretrial date is set for February 25, 2002 at 9:30 a.m. The parties are complying with the court's case management order. The case has no settlement possibilities at this time. The parties are continuing their on-going effort to bring this case to completion without the need for further judicial intervention. This is a non-jury trial.

In San Juan, Puerto Rico, this 10th day of December, 2001.

JUSTO ARENAS
United States Magistrate Judge