IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

Plaintiff

v.                                                         CIVIL 98-2246 (JAG) (JA)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF
PUERTO RICO, THROUGH ITS
SECRETARY, VÍCTOR FAJARDO,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion and Request for Continuance of Pretrial, 02-25-02. | 37 | Granted. |

In San Juan, Puerto Rico, this 28th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to (2)
attys/pts
in ICMS

3/4/02