CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAR 12 AM 11: 35

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

Plaintiff

v.                                          CIVIL 98-2246 (JAG) (JA)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF
PUERTO RICO, THROUGH ITS
SECRETARY, VÍCTOR FAJARDO,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Motion Submitting Settlement Agreement, 03-08-02. | 39 | Granted. The settlement stipulation is approved. The Clerk will enter judgment dismissing with prejudice plaintiff's complaint, each party to bear its own costs. |
| Settlement Agreement, 03-08-02. | 40 | |

In San Juan, Puerto Rico, this 11th day of March, 2002.

JUSTO ARENAS
United States Magistrate Judge