IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,

Plaintiff

v.                                                                    CIVIL 98-2246 (JAG)(JA)

DEPARTMENT OF EDUCATION OF
THE COMMONWEALTH OF PUERTO
RICO, THROUGH ITS SECRETARY,
VICTOR FAJARDO

Defendant

## JUDGMENT

The Court, through the Honorable Justo Arenas, U. S. Magistrate Judge, has entered an order on March 11, 2002, granting the "Settlement Stipulation" filed by the parties on March 8, 2002. WHEREFORE, it is

**ORDERED AND ADJUDGED** that plaintiff's complaint be and is hereby **DISMISSED** with prejudice, each party to bear its own costs.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of March, 2002.

FRANCES RIOS DE MORAN
Clerk of the Court


Deputy Clerk



